1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7294
5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) Case No. 1:05-cr-00148 OWW
                                   )
13                 Plaintiff,      )
                                   ) STIPULATION TO CONTINUE DATE FOR
14        v.                       ) FILING OF GOVERNMENT'S RESPONSES
                                   ) AND NEW HEARING DATE AND
15  FIDEL CARRIZOZA, et al.,       ) [PROPOSED ORDER]
                                   )
16                 Defendants.     )
                                   )
17  _____)

18

19       IT IS HEREBY STIPULATED by and between Assistant United

20  States Attorney, KATHLEEN A. SERVATIUS, and defense counsel, that

21  the government's responses to their motions be due on Monday,

22  September 12, 2005.

23       It is also agreed the hearing currently scheduled for August

24  22, 2005 at 1:30 be continued to September 26, at 1:30 p.m.

25  ///

26  ///

27  ///

28  ///

```
Dated: August 17, 2005           Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney


                           By:    /s/ Kathleen A. Servatius
                                 KATHLEEN A. SERVATIUS
                                 Assistant U.S. Attorney

Dated: August 17, 2005            /s/ Timothy Brent Rote
                                 TIMOTHY BRENT ROTE
                                 Attorney for
                                 FIDEL CARRIZOZA



Dated: August 17, 2005            /s/ Gary Huss
                                 GARY HUSS
                                 Attorney for
                                 DAVID FIGUEROA

Dated: August 17, 2005            /s/ Barbara Hope O'Neill
                                 BARBARA HOPE O'NEILL
                                 Attorney for
                                 GAVINO SALAS

Dated: August 17, 2005            /s/ Eric Fogderude
                                 ERIC FOGDERUDE
                                 Attorney for
                                 BERDARDO GONZALEZ

Dated: August 17, 2005            /s/ Mark W. Coleman
                                 MARK W. COLEMAN
                                 Attorney for
                                 RICARDO OSORIO

Dated: August 17, 2005            /s/ Michael F. Currier
                                 MICHAEL F. CURRIER
                                 Attorney for
                                 TOMAS CARRIZOZA

Dated: August 17, 2005            /s/ David A. Torres
                                 DAVID A. TORRES
                                 Attorney for
                                 JAMES SALINAS
```

| | | |
|---|---|---|
| 1 | Dated: August 17, 2005 | /s/ Steven L. Crawford |
| 2 | | STEVEN L. CRAWFORD<br>Attorney for |
| 3 | | ANABEL VIDAL |
| 4 | Dated: August 17, 2005 | /s/ Anthony P. Capozzi |
| 5 | | ANTHONY P. CAPOZZI<br>Attorney for |
| 6 | | ABEL VALDEZ-MARTINEZ |

**IT IS SO ORDERED.**

Dated: ___August 17, 2005         /s/ OLIVER W. WANGER
                                  HON. OLIVER W. WANGER
                                  U.S. DISTRICT JUDGE