McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, CA   93721
Telephone: (559) 498-7294

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00148 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE DATE FOR |
| v. ) | FILING OF GOVERNMENT'S RESPONSES |
| ) | AND NEW HEARING DATE AND |
| FIDEL CARRIZOZA, et al., ) | [PROPOSED ORDER] |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, KATHLEEN A. SERVATIUS, and defense counsel, that the government's responses to their motions be due on Monday, September 12, 2005.

   It is also agreed the hearing currently scheduled for August 22, 2005 at 1:30 be continued to September 26, at 1:30 p.m.

///
///
///
///

```
 1  Dated: August 17, 2005              Respectfully submitted,

 2                                      McGREGOR W. SCOTT
                                        United States Attorney
 3

 4                                By:    /s/ Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS
 5                                      Assistant U.S. Attorney

 6  Dated: August 17, 2005               /s/ Timothy Brent Rote
                                        TIMOTHY BRENT ROTE
 7                                      Attorney for
                                        FIDEL CARRIZOZA
 8

 9

10  Dated: August 17, 2005               /s/ Gary Huss
                                        GARY HUSS
11                                      Attorney for
                                        DAVID FIGUEROA
12

13  Dated: August 17, 2005               /s/ Barbara Hope O'Neill
                                        BARBARA HOPE O'NEILL
14                                      Attorney for
                                        GAVINO SALAS
15

16  Dated: August 17, 2005               /s/ Eric Fogderude
                                        ERIC FOGDERUDE
17                                      Attorney for
                                        BERDARDO GONZALEZ
18

19  Dated: August 17, 2005               /s/ Mark W. Coleman
                                        MARK W. COLEMAN
20                                      Attorney for
                                        RICARDO OSORIO
21

22  Dated: August 17, 2005               /s/ Michael F. Currier
                                        MICHAEL F. CURRIER
23                                      Attorney for
                                        TOMAS CARRIZOZA
24

25  Dated: August 17, 2005               /s/ David A. Torres
                                        DAVID A. TORRES
26                                      Attorney for
                                        JAMES SALINAS
27

28
```

```
Dated: August 17, 2005              /s/ Steven L. Crawford
                                    STEVEN L. CRAWFORD
                                    Attorney for
                                    ANABEL VIDAL


Dated: August 17, 2005              /s/ Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
                                    Attorney for
                                    ABEL VALDEZ-MARTINEZ
```

**IT IS SO ORDERED.**

```
Dated: ___August 17, 2005           /s/ OLIVER W. WANGER
                                    HON. OLIVER W. WANGER
                                    U.S. DISTRICT JUDGE
```