McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-CR-00148 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE |
| v. | ) | FOR HEARING ON DEFENDANTS |
| | ) | MOTIONS |
| | ) | |
| | ) | DATE:     July 17, 2006 |
| FIDEL CARRIZOZA, et al., | ) | TIME:     1:30 p.m. |
| | ) | PLACE:  Courtroom 3 |
| Defendants. | ) | Honorable Oliver W. Wanger |
| | ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants' motions presently set for

July 17, 2006 at 9:00 a.m. is continued until August 14, 2006 at 9:00 a.m. to be heard before the

Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:     July 15, 2006**                          **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

1