McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                        Plaintiff,         )<br>        v.                                              )<br>                                                           )<br>                                                           )<br>FIDEL CARRIZOZA, et al.,            )<br>                                                           )<br>                        Defendants.  )<br>_____) | Case No. 1:05-CR-00148 OWW<br><br>STIPULATION TO CONTINUE DATE<br>FOR HEARING ON DEFENDANTS<br>MOTIONS<br><br>DATE:     July 17, 2006<br>TIME:      1:30 p.m.<br>PLACE:   Courtroom 3<br>Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants' motions presently set for July 17, 2006 at 9:00 a.m. is continued until August 14, 2006 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:     July 15, 2006**                                    /s/ Oliver W. Wanger
emm0d6                                                        UNITED STATES DISTRICT JUDGE

1